UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Alvin Holder

    Plaintiff

    v.      Civil Action No. 1:20-10656-RGS

Boston Police Department et al

    Defendants

## ORDER OF REMAND

May 27, 2020

STEARNS, D.J.

    In accordance with the court's Memorandum and Order [Dkt # 30] issued on May 27, 2020, it is ORDERED that the above-entitled action be, and hereby is, REMANDED to the Suffolk Superior Court.

By the court,

/s/ Arnold Pacho
Deputy Clerk